1008

No. 10–835. TUCKER *v.* CASON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–1009. JOHNSON *v.* BELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–1041. PARTH, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED *v.* POMONA VALLEY HOSPITAL MEDICAL CENTER. C. A. 9th Cir. Certiorari denied.

No. 10–1143. MONTELLO *v.* ACKERMAN. Ct. App. Ohio, Lake County. Certiorari denied.

No. 10–1148. MCI SALES & SERVICE, INC., FKA HAUSMAN BUS SALES, INC., ET AL. *v.* HINTON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF HINTON, DECEASED, ET AL. Sup. Ct. Tex. Certiorari denied.

No. 10–1149. JOHNSON ET AL. *v.* HASLAM, GOVERNOR OF TENNESSEE, ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–1154. ROHART *v.* MELSAR RISK MANAGEMENT SERVICES, INC., ET AL. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 10–1175. ASHFORD *v.* CITY OF RIVERDALE, GEORGIA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–1181. TROUTMAN *v.* ESTATE OF TROUTMAN ET AL. Ct. App. Ohio, Montgomery County. Certiorari denied.

No. 10–1182. SIMMONS *v.* DEUEL ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–1194. MARICOPA COUNTY, ARIZONA, ET AL. *v.* BRAILLARD ET AL. Ct. App. Ariz. Certiorari denied.

No. 10–1247. ROBLE *v.* MINNESOTA. Ct. App. Minn. Certiorari denied.